Oscar C. Hagy and James H. West, copartners trading and doing business under the firm name and style of O. C. Hagy & Co., Plaintiffs in Error, v. Isham W. Phillips, Defendant in Error.

Division A.

Writ of error to Circuit Court, Hillsborough county; Joseph B. Wall, Judge.

F. M. Simonton for plaintiffs in error.

P. O. Knight for defendant in error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error. The judgment is affirmed.

Decision *Per Curiam.*